IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| RODRIEQUEZ CARTER, JR., | * | |
| Plaintiff, | * | |
| v. | * | CV 119-195 |
| HUGHES FAMILY HOLDINGS, LLC, | * | |
| Defendant. | * | |

## ORDER

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 20.) Plaintiff and Defendant signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of June, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA